IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBIN HOLMES,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Civil No. 07-719-HU

ORDER

MARSH, Judge.

    Magistrate Judge Dennis J. Hubel filed his Findings and Recommendation on February 15, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Hubel's Findings and

1 - ORDER

Recommendation #13.  The Commissioner's final decision is AFFIRMED.

    IT IS SO ORDERED.

    DATED this <u>14  </u> day of April, 2008.

                                     <u>  /s/   Malcolm F. Marsh      </u>
                                       Malcolm F. Marsh
                                       United States District Judge