IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBIN HOLMES,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

Civil No. 07-719-HU

JUDGMENT

Based on the record and the Order filed herewith, the decision of the Commissioner is AFFIRMED.  This action is DISMISSED with prejudice.

    IT IS SO ORDERED.

    DATED this   14   day of   April  , 2008.

                                   /s/  Malcolm F. Marsh
                                  Malcolm F. Marsh
                                  United States District Judge

1 - JUDGMENT